UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | CASE: R13-42183-BEM |
| LAWRENCE HARRY STAKEMAN | CHAPTER 13 |
| **Debtor** | |

### Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtor filed for relief under Chapter 13 of Title 11 on August 01, 2013.

2.

The Debtor has failed to comply with the terms of the confirmed plan. As of September 25, 2018, the Debtor should have paid $30,000.00. The Debtor has paid a total of $27,489.00, causing a delinquency of $2,511.00.

3.

The Debtor's case will extend longer than sixty (60) months, contrary to 11. U.S.C. § 1322(d).

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: September 28, 2018            Respectfully submitted,

_/s/_____
Albert C. Guthrie, Attorney
for the Chapter 13 Trustee
GA Bar No. 142399
191 Peachtree Street, Suite 2200
Atlanta, GA  30303
(404) 525-1110
albertg@atlch13tt.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

IN RE:                                                                              CASE: R13-42183-BEM

LAWRENCE HARRY STAKEMAN                   CHAPTER 13

**Debtor**

## Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

    PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments and related exhibits with the Court seeking an order of dismissal.

    PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **November 14, 2018** at **9:45 AM** in **Courtroom 342, Federal Building, 600 East First Street, Rome, GA 30161**.

    Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Federal Building, 600 East First Street, Rome, GA 30161**.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 28, 2018                        Respectfully submitted,

                                                   _/s/_____
                                                   Albert C. Guthrie, Attorney
                                                   for the Chapter 13 Trustee
                                                   GA Bar No. 142399
                                                   191 Peachtree Street, Suite 2200
                                                   Atlanta, GA  30303
                                                   (404) 525-1110
                                                   albertg@atlch13tt.com

R13-42183-BEM

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the following with a copy of the foregoing pleading by depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

LAWRENCE HARRY STAKEMAN
198 HIRAM TERRACE
HIRAM, GA 30141

BURROW & ASSOCIATES, LLC
2280 SATELLITE BLVD.
BLDG. A, SUITE 100
DULUTH, GA  30097

Dated: September 28, 2018                      Respectfully submitted,

                                                    /s/_____
                                                    Albert C. Guthrie, Attorney
                                                    for the Chapter 13 Trustee
                                                    GA Bar No. 142399
                                                    191 Peachtree Street, Suite 2200
                                                    Atlanta, GA  30303
                                                    (404) 525-1110
                                                    albertg@atlch13tt.com